IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON WALLACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:20-cv-997-DWD |
| ) | |
| VALENTINE & KEBARTAS, LLC, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order of December 10, 2020 (Doc. 15), reflecting settlement between the parties, this action is **DISMISSED with prejudice** with each party to bear its own costs.

**IT IS SO ORDERED.**

DATED: February 12, 2021

                                                  MARGARET M. ROBERTIE, Clerk of Court
                                                  *s/ Dana M. Winkeler*
                                                  **Deputy Clerk**

**Approved:** *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**